*Don Register, A. W. Cockerell, F. P. Fleming, H. P. Adair* and *Frank E. Jennings,* for Appellees.

---

The State of Florida, ex rel., R. E. Wheeler, James D. Burbridge, E. E. West, B. S. Catlett, Tom R. Todd, Charles Blum Company, O. L. Wadsworth and Robert W. Simms, Plaintiffs in Error, v. L. L. Meggs, et al., as County Commissioners of Duval County, Florida, Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiffs in error.

*Alex St. Clair-Abrams,* for Plaintiffs in Error;

*Don Register, A. W. Cockerell, F. P. Fleming, H. P. Adair* and *Frank E. Jennings,* for Defendants in Error.

Appeal dismissed on motion of counsel for Appellant.

*Carson & Willard,* for Appellant;

*E. M. Semple,* for Appellees.

Appeal dismissed on motion of counsel for Appellants.